IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES E. DRIVER,          )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>CAPTAIN COPELAND, et al.,    )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>  2:14cv924-MHT<br>       (WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that his removal from trade school violated his right to due process and amounted to a denial of equal protection and discrimination. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of March, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**